IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NORTH MISSISSIPPI MEDICAL
CENTER, INC.                                                                                   PLAINTIFF

v.                                         CIVIL ACTION NO. 1:23-cv-00003-GHD-DAS

QUARTIZ TECHNOLOGIES, a
d/b/a of VALUE ASCENT INC.                                               DEFENDANT

ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 4th day of January, 2023.

_____
SENIOR U.S. DISTRICT JUDGE